1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  ANDREW F. DAWSON (CABN 264421)
   Assistant United States Attorney
5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
6       Telephone: (415) 436-7019
        FAX: (415) 436-7234
7       Andrew.Dawson@usdoj.gov

8  Attorneys for the United States

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                                 OAKLAND DIVISION

12 UNITED STATES OF AMERICA,              )  CASE NO: CR 14-0013 CW
                                          )
13        Plaintiff,                      )  STIPULATION TO CONTINUE AND
                                          )  [PROPOSED] ORDER
14    v.                                  )
                                          )
15 ISAIAH DESHAWNTA MCGARY                )
                                          )
16        Defendant.                      )
                                          )
17 _____ )

18        On September 23, 2016, this Court advised the parties that the resentencing hearing in this

19 matter, previously set for October 18, 2016, would be continued to November 8, 2016. Government

20 counsel is currently set to begin trial before Judge Alsup in *United States v. Enzo Cestoni*, CR No. 15-

21 416, on November 7, 2016. Government counsel therefore expects to be in trial in November 8, 2016.

22 Given this conflict, government counsel requests that the sentencing hearing be continued further.

23 Defense counsel does not object to this request.

24        In light of these facts, the parties stipulate and request that the resentencing hearing currently

25 scheduled for November 8, 2016 be continued until November 29, 2016. The parties further stipulate

26 and request that, in the event the Court is unavailable on November 29, that the resentencing be set for

27 November 22, 2016.

28 //

IT IS SO STIPULATED.

DATED: September 28, 2016        /s/
                                 ANDREW F. DAWSON
                                 Assistant United States Attorney

DATED: September 28, 2016        /s/
                                 GRACE DILAURA
                                 Counsel for Defendant

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
CR 14-0013 CW

1

[PROPOSED] ORDER

2   Good cause being shown, the resentencing hearing currently set for November 8, 2016, at 2:00
3   p.m. for defendant Isaiah Deshawnta McGary is continued to November 29, 2016 at 2:00 p.m.

4   IT IS SO ORDERED.

6   DATED: __9/29/16__                        _____
                                               HON. CLAUDIA WILKEN
7                                              UNITED STATES SENIOR DISTRICT JUDGE

STIPULATION TO CONTINUE AND [PROPOSED] ORDER
CR 14-0013 CW